IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOHN KYLE CULP,**

    **Petitioner,**

v.                                                    Case No. 1:23-cv-302-AW-MJF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with court orders, has not paid the filing fee, and has not prosecuted the action. The magistrate judge recommends dismissal on this basis. ECF No. 7. Petitioner has not objected to the report and recommendation. It appears he has abandoned his case. Either way, dismissal is appropriate.

I now adopt the report and recommendation (ECF No. 7) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on June 24, 2024.

                                          s/ *Allen Winsor*
                                          United States District Judge